# UNITED STATES DISTRICT COURT
### for the
### Eastern District of Tennessee



FILED
SEP 1 0 2025
Clerk, U. S. District Court
Eastern District of Tennessee
At Chattanooga

| | |
|---|---|
| United States of America<br>v.<br>JOSE PEREZ-ORDONEZ a/k/a/<br>"GUADALUPE ORDONEZ-PEREZ"<br><br>_Defendant(s)_ | )<br>)<br>) Case No. 1:25-mj-__242__<br>)<br>)<br>) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __September 8, 2025__ in the county of __Hamilton__ in the __Eastern__ District of __Tennessee__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 8 U.S.C. § 1326(a) | Reentering the United States without the prior express consent of the Secretary of Homeland Security after having been previously removed from the United States. |

This criminal complaint is based on these facts:

See attached affidavit, which is incorporated herein.

☑ Continued on the attached sheet.

_____ SA/HSI
Complainant's signature

Allan Cannon, HSI Special Agent
_Printed name and title_

Sworn to before me and signed in my presence.

Date: __09/10/2025__

_____
Judge's signature

City and state: __Chattanooga, Tennessee__    Hon. Christopher H. Steger, U.S. Magistrate Judge
_Printed name and title_

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

| | |
|---|---|
| AFFIDAVIT IN SUPPORT OF A ) <br> CRIMINAL COMPLAINT AGAINST ) <br> JOSE PEREZ-ORDONEZ a/k/a/ ) <br> "GUADALUPE ORDONEZ-PEREZ" ) <br> FOR A VIOLATION OF 8 U.S.C. § 1326 ) | CASE NO. 1:25-mj- **242** |

## AFFIDAVIT IN SUPPORT OF A CRIMINAL COMPLAINT

I, Allan Cannon, being duly sworn, state the following:

1. I am a Special Agent with Homeland Security Investigations (HSI) assigned to the Chattanooga Field Office. I conduct investigations of matters within the jurisdiction of U.S. Immigration and Customs Enforcement ("ICE") in the Eastern District of Tennessee. In the performance of my duties, I have conducted and participated in numerous investigations of federal immigration violations. I have received specialized training in immigration and customs enforcement, criminal investigations, case development, investigation techniques, and other standardized methods of investigation regarding immigration violations.

2. I submit this affidavit for the limited purpose of establishing probable cause that Jose Perez-Ordonez, a/k/a/ "Guadalupe Ordonez-Perez" has violated 8 U.S.C. § 1326(a) by being found in the United States after having been previously removed and without having obtained the express consent of the Secretary of Homeland Security to reapply for admission.

3. The statements in this affidavit are based on my personal knowledge, official reports and records, and information provided to me by other law enforcement

1

officers. Because this affidavit is submitted for a limited purpose, I have not included every fact known to me concerning this investigation. I have set forth only those facts necessary to support probable cause for the requested criminal complaint.

4. On or about September 8, 2025, ICE's Enforcement and Removal Operations ("ERO") encountered Perez-Ordonez within the Eastern District of Tennessee after Perez-Ordonez was convicted of Aggravated Assault – Display or Use of Deadly Weapon out of Warren County, Tennessee. ERO was then able to verify Perez-Ordonez's identity to Alien File (A-file) number 205520805.

5. Following identity confirmation, Perez-Ordonez's immigration file showed that he is a citizen and national of Mexico and not a citizen or national of the United States.

6. In addition, Perez-Ordonez's immigration file confirmed that he was previously convicted of an 8 U.S.C. § 1325 violation in the Southern District of Texas, Laredo Division in Case No. 5:12-po-06286 under the alias "Guadalupe Ordonez-Perez."

7. Perez-Ordonez was later ordered removed from the United States to Mexico on or about September 17, 2015, at or near El Paso, Texas and again on or about April 11, 2018, at or near Alexandria, Louisiana.

8. I have examined the documentation in Perez-Ordonez's immigration file and found no evidence indicating that he has sought or received permission from the Secretary of Homeland Security to reenter the United States following his prior removals.

2

9. Based on the foregoing, I believe there is probable cause to conclude that Perez-Ordonez has reentered and been found in the United States without having obtained the express consent of the Secretary of Homeland Security. In other words, he is unlawfully present in the United States following a prior deportation in violation of 8 U.S.C. § 1326(a). Accordingly, I respectfully request that a criminal complaint be issued in conjunction with an arrest warrant for Perez-Ordonez.

Respectfully submitted,

_____ SA/HSI
ALLAN CANNON
HSI SPECIAL AGENT

Sworn to and subscribed before me this 10th day of September 2025.

_____
HON. CHRISTOPHER H. STEGER
UNITED STATES MAGISTRATE JUDGE